

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-14-00179-CV

Trial Court Cause
Number:     2012-07156

Style:     Victor Kareh M.D.

**v.** Tracy Windrum, Individually, as representative of the Estate of Lancer Windrum, and on behalf of her minor children B.W., J.W. and H.W.

Date motion filed:     May 12, 2015

Type of motion:     Motion for Leave to File Post-Submission Brief

Party filing motion:     Appellee

Document to be filed:     Post-Submission Brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Appellant's Post-Submission Brief in response, if any, is due Tuesday, June 23, 2015.

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually     ☐ Acting for the Court

Panel consists of:     Justices Keyes, Bland, and Massengale

Date: June 9, 2015